UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Jack Combs,

Plaintiff,

v.

R.R. Donnelley & Sons Company,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Court File No. 01-1760-ADM/AJB

**JOINT STIPULATION AND ORDER TO CONTINUE DISCOVERY**

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree as follows:

WHEREAS, plaintiff has through discovery discovered information that plaintiff believes supports a claim for defamation; and

WHEREAS, plaintiff testified at his deposition that he relied on certain documents in support of his allegations and those documents had not yet been produced at that time to defendant's counsel; and

WHEREAS, defendant seeks to conduct further discovery, including but not limited to, further examination of plaintiff to examine him regarding his defamation claim, and regarding issues he was unable to testify to because the above-referenced documents had not been produced; and

WHEREAS, the Court's Pretrial Order of December 6, 2001 set a discovery deadline of August 1, 2002, a non-dispositive motion deadline of August 1, 2002, a dispositive motion deadline of September 1, 2002, and a trial date of November 1, 2002; and

WHEREAS, the parties hereby propose to extend those deadlines as set forth below;

THEREFORE, THE PARTIES AGREE AS FOLLOWS:

FILED AUG 0 9 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

1. That the discovery deadline in this matter (August 1, 2002) be continued to November 1, 2002;

2. That the non-dispositive motion deadline (August 1, 2002) be continued to November 1, 2002;

3. That the dispositive motion deadline (September 1, 2002) be continued to December 1, 2002; and

4. That the trial date in this matter (November 1, 2002) be continued to on or after February 1, 2003.

5. That plaintiff will make himself available for additional deposition time and defendant will be allowed to conduct further examination of plaintiff.

6. That plaintiff will be allowed to amend his Complaint to add a claim for defamation.

7. That plaintiff must serve and file his amended complaint by August 15, 2002.

Dated: August 6, 2002

Patrick M. Connor (#18521)
Connor, Satre & Schaff, LLP
925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
Telephone: (612) 344-1221
**ATTORNEYS FOR PLAINTIFF**

Dated: July 31, 2002

Thomas J. Conley (# 201625)
Susan J. Thompson (#251690)
LEONARD, STREET AND DEINARD,
PROFESSIONAL ASSOCIATION
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
Telephone: 612/335-1500
**ATTORNEYS FOR DEFENDANT**

2242501v1

**ORDER**

IT IS SO ORDERED.

Dated: 8/9, 2002

United States Magistrate Judge