**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil Case No.: 01-1760 ADM/AJB

Jack Combs,

Plaintiff,

vs.

**NOTICE OF APPEAL**

R.R. Donnely & Sons Company
d/b/a/ Parcel shippers Express, Inc.,

Defendant.

Notice is hereby given that Plaintiff, in the above-named case, hereby appeals to the United States Court of Appeals for the 8th Circuit from an Order granting Defendant's Motion for Summary Judgment entered in this action on the 12th day of May, 2003.

Dated: June 10, 2003

**CONNOR, SATRE & SCHAFF, L.L.P.**

Patrick M. Connor, #18521
Attorney for Plaintiff
925 Lumber Exchange Building
10 South Fifth Street
Minneapolis, MN 55402
(612) 344-1221

JUN 10 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(24)

# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

700 Federal Building
316 North Robert Street
St Paul, MN 55101
(651) 848-1100

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

## TRANSMITTAL OF APPEAL

**Date:** June 12, 2003
**To:** U.S. COURT OF APPEALS, 8TH CIRCUIT
**From:** Gloria Schneider, Deputy Clerk

**In Re:** District Court Case No.: 01-CV-1760 ADM/AJB
Eighth Circuit Case No.:
Case Title: Jack Combs VS R.R. Donnely & Sons Co.

---

Enclosed, please find two certified and one uncertified copy of each of the following documents:

- ☒ Notice of Appeal
- ☒ Order/Judgement appealed from
- ☒ Docket Entries
- ☐ Other:
  - ☒ The statutory filing fee has been paid, receipt # 267687.
  - ☐ The statutory filing fee has been waived:
    - ☐ USA filed appeal
    - ☐ In Forma Pauperis: ☐ Motion Pending ☐ Pro Se ☐ Prisoner

cc: Counsel; Court Reporter

---

## TRANSMITTAL INFORMATION SHEET

TRANSMITTED HEREWITH:

- ☒ Original File(s), consisting of file(s).
- ☒ Two certified copies, and one uncertified copy of updated docket sheet from .
- ☐ Designated Clerk's Record # .
- ☐ Other:
- ☐ Transcript(s): (Listed below or on attached list)

**Volume** **Date** **Proceeding**

---

ACKNOWLEDGEMENT OF RECEIPT OF DOCUMENTS

Date Received: ______________ Received by: ______________

Date Returned to USDC: ______________

# U.S. COURT OF APPEALS -- EIGHTH CIRCUIT

## NOA SUPPLEMENT FORM

Please note any additions or deletions to the style of the case from the style listed on the docket sheet, or attach an amended docket sheet with the final style of the case.

Length of Trial: days

Financial Status:

Fee Paid? ☒ Yes, receipt # 267687 ☐ No, motion for IFP pending? ☐ Yes ☐ No
☐ Pro Se ☐ Prisoner

USA filed appeal? ☐ Yes ☐ No

Are there any other pending post-judgement motions? ☐ Yes ☐ No

Is there any keen local interest in this case? ☐ Yes ☐ No

Was a court reporter utilized? ☒ Yes ☐ No

If yes, please identify the court reporter:

Name: Tim Willette
Address: 300 South Fourth Street - Room 1026
Minneapolis, MN 55415
Phone: 612-664-5108

☐ Forms A & B were not enclosed; mailed to counsel.

☐ Forms A & B were given to counsel at the counter.

☐ Completed Form A enclosed in transmittal letter.

**SPECIAL COMMENTS:**

G Schneider

Gloria Schneider, Deputy Clerk

Modified 05/09/03