01-CV-1760 ADM/AJB

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 03-2565

| | | |
|---|---|---|
| Jack Combs,<br><br>Appellant,<br><br>v.<br><br>R. R. Donnelley & Sons Company, doing business as Parcel Shippers Express, Inc.,<br><br>Appellee. | * * * * * * * * * * * | Appeal from the United States District Court for the District of Minnesota. |

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 17, 2004

Order Entered in Accordance with Opinion:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

BY: Michael E. Gans

SCANNED
U.S. DISTRICT COURT MPLS

**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 9, 2004

Mr. Richard Sletten
Clerk
U.S. DISTRICT COURT, MINNESOTA
202 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415

Re: 03-2565 Jack Combs vs. R.R. Donnelley

Dear Clerk:

The mandate of this Court is being sent to the clerk of the district court, together with a receipt. The clerk of the district court is requested to sign, date, and return the receipt to this office.

Any district court records in this court's possession will be returned shortly.

(5175-010199)

Sincerely,

Michael E. Gans
Clerk of Court

dms

Enclosure

(LETTER FOR INFORMATIONAL PURPOSES ONLY)

---

cc: Honorable Ann D. Montgomery
Patrick Michael Connor
Eric D. Satre
Thomas J. Conley
Susan Jennifer Thompson

District Court/Agency Case Number(s): CIV 01-1760 ADM/AJB